No. 02–7318. JAMES *v.* RAMIREZ-PALMER, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–7619. MARTINEZ-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 02–579. MCDERMOTT *v.* MOORE ET AL. C. A. 4th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 02–680. ENGLISH ET AL. *v.* BOARD OF EDUCATION OF THE TOWN OF BOONTON ET AL. C. A. 3d Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 02–603. UNITED STATES TOBACCO CO. ET AL. *v.* CONWOOD CO., L. P., ET AL. C. A. 6th Cir. Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 02–661. DAIMLERCHRYSLER CORP. ET AL. *v.* OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS ET AL. C. A. 3d Cir. Motion of 3M Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 02–6378. ROBINSON *v.* MULLIN, WARDEN. C. A. 10th Cir. Motion of petitioner to strike brief in opposition denied. Certiorari denied. 

No. 02–7706. BROWN *v.* HEMINGWAY, WARDEN, ET AL. C. A. 6th Cir. Certiorari before judgment denied.